# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRYAN A. CRABB,** | : | **CIVIL NO. 1:CV-14-0471** |
| Petitioner, | : | |
| | : | (Judge Kane) |
| v. | : | |
| | : | |
| **JAMES ECKARD, et al.,** | : | |
| Respondents | : | |

## ORDER

**NOW, THIS 15th DAY OF JULY, 2014,** upon consideration of the above-captioned petition for writ of habeas corpus and in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The petition for writ of habeas corpus (Doc. No. 1) is **dismissed as time-barred** by the statute of limitations. See 28 U.S.C. § 2244(d).

2. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

3. The Clerk of Court is directed to **close this case**.

      S/ Yvette Kane
      YVETTE KANE, District Judge
      Middle District of Pennsylvania